CHRISTOPHER CHIOU
Acting United States Attorney
District of Nevada
Nevada Bar No. 14853

ALLISON J. CHEUNG, CSBN 244651
Special Assistant United States Attorney
160 Spear Street, Suite 800
San Francisco, California 94105
Telephone: (415) 977-8911
Facsimile: (415) 744-0134
E-Mail: allison.cheung@ssa.gov

Attorneys for Defendant

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| NICHOLE JOHNSON,<br><br>　　　　　Plaintiff,<br><br>　　vs.<br><br>KILILO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>　　　　　Defendant. | Case No.: 2:21-cv-01993-EJY<br><br>**MOTION FOR AN EXTENSION OF TIME TO PROVIDE THE COURT WITH A PAPER COPY OF THE CERTIFIED ADMINISTRATIVE RECORD**<br><br>(*FIRST REQUEST*) |

1  Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for an extension of time to provide the Court with a paper copy of the Certified Administrative Record (CAR) in this case. The Commissioner's answer and CAR are due to be filed by March 16, 2022.

This Court has in the past in other cases denied the Commissioner's motions to be relieved of providing a paper copy of the CAR to the Court. In light of these orders, the Commissioner intends to file her answer and an electronic copy of the CAR (e-CAR) by no later than the current deadline of March 16, 2022.[1] However, the Social Security Administration's Office of Appellate Operations (OAO), the Office of the General Counsel (OGC), and the United States Attorney's Office (USAO) remain unable to print and provide a paper copy of the CAR by the current deadline. Cognizant of the Court's orders, the Commissioner requests a 60-day extension of time from the date on which the answer is filed to find a solution for the submission of a paper courtesy copy of the CAR for the Court.

The Commissioner submits that no prejudice will result from granting this extension. Under the scheduling orders in this district, Plaintiff's motion for reversal and/or remand will be due in 30 days after issuance of a scheduling order. Plaintiff will not be prejudiced by this extension, as Plaintiff's counsel will have access to the e-CAR that the Commissioner intends to file on CM/ECF on the current deadline, such that Plaintiff's motion can be drafted and filed. In addition, the scheduling orders of this district generally allow the Commissioner to file a cross-motion to affirm and response to Plaintiff's motion within 30 days after Plaintiff's motion is filed. Plaintiff is also generally allowed another 20 days to file an optional reply. In light of this timeline, the earliest that the Court may require a paper copy of the CAR to adjudicate this case will be 60 days after the CAR is filed.

For these reasons, the Commissioner respectfully requests that the Court grant this motion and allow the paper CAR to be provided to the Court within 60 days after the answer/e-CAR are filed.

//

---

[1] Defendant is concurrently filing a motion to be relieved of providing the Court with a copy of the CAR on a compact disc, as was required pre-COVID.

Dated: March 9, 2022

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney


IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: March 8, 2022