```
 1  JASON M. FRIERSON
    United States Attorney
 2  Nevada Bar No. 7709
    ALLISON J. CHEUNG, CSBN 244651
 3  Special Assistant United States Attorney
    160 Spear Street, Suite 800
 4  San Francisco, California 94105
    Telephone: (415) 977-8911
 5  Facsimile: (415) 744-0134
    E-Mail: allison.cheung@ssa.gov
 6
 7  Attorneys for Defendant
 8
 9
                      UNITED STATES DISTRICT COURT
10
                          DISTRICT OF NEVADA
11
12  NICHOLE JOHNSON,                  )
                                      )  Case No.: 2:21-cv-01993-EJY
13           Plaintiff,               )
                                      )  MOTION FOR AN EXTENSION OF TIME TO
14       vs.                          )  PROVIDE THE COURT WITH A PAPER COPY
                                      )  OF THE CERTIFIED ADMINISTRATIVE
15  KILILO KIJAKAZI,                  )  RECORD
    Acting Commissioner of Social Security, )
16                                    )  (SECOND REQUEST)
             Defendant.               )
17  _____)
```

Defendant, Kilolo Kijakazi, Acting Commissioner of Social Security (the "Commissioner"), by and through her undersigned attorneys, hereby moves for an extension of time to provide the Court with a paper copy of the Certified Administrative Record (CAR) in this case. The Court previously granted an extension of time, with the current deadline for the paper CAR to be delivered to the Court by May 16, 2022 (Dkt. No. 13).

Due to a mix-up, the paper CAR for this case was not requested when the undersigned believed that it had been. The undersigned attorney has taken immediate steps to request that a paper copy of the CAR be printed and delivered to this Court as soon as possible. Defendant anticipates that this can be provided within seven days, or by May 20, 2022. This request is not made to unduly delay the proceedings, and the undersigned sincerely apologizes to the Court and to Plaintiff's counsel for this delay. This is the first time such a mix-up has happened, and the undersigned will endeavor to ensure it does not happen again.

For these reasons, the Commissioner respectfully requests that the Court grant this motion and allow the paper CAR to be provided to the Court by May 20, 2022.

Dated: May 13, 2022

CHRISTOPHER CHIOU
Acting United States Attorney

/s/ *Allison J. Cheung*
ALLISON J. CHEUNG
Special Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES MAGISTRATE JUDGE

DATED: May 13, 2022